DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEI CONDOMINIUM ASSOCIATION, INC.,**
a Florida Not-For-Profit Condominium Association,
Appellant,

v.

**FIRSTSERVICE RESIDENTIAL FLORIDA, INC.,** f/k/a
**THE CONTINENTAL GROUP, INC.,** a Florida For-Profit Corporation,
Appellee.

No. 4D20-1606

[November 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. CACE17-019296(03).

Patrick Dervishi of Shir Law Group, P.A., Boca Raton, for appellant.

Marissa D. Kelley and Dylan M. Fulop of Kelley Legal, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***